In the Matter of the Application of ANNA KALB for Payment of an Award Made for Damage Parcels Nos. 778, 795, 910, 931, 932, 933, 937, 940, 952, 945, 937A and 953 on the Damage Map and in the Final Decree of the Supreme Court in the Proceeding Entitled: " In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title for the Opening and Extending of Linden Boulevard from Remsen Avenue to South Conduit Avenue, etc., in the Borough of Brooklyn, City of New York." SKINNER & BERMANT, Appellants; ANNA KALB and Others, Respondents.— Order confirming report of official referee affirmed, with costs. (*Matter of City of New York [New Utrecht Ave.]*, 185 App. Div. 55; *Matter of Scheier [Wadick Lien]*, 159 id. 861; affd., 211 N. Y. 548; *Matter of Braico*, 235 App. Div. 132.) Appeal from order of official referee dismissed. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

In the Matter of the Judicial Settlement of the Final Account of Proceedings of CLARA KAUFMAN, as Administratrix of HYMAN KAUFMAN, Deceased. RUTH KAUFMAN GREENBERG and Another, Appellants; CLARA KAUFMAN, as Administratrix, etc., of HYMAN KAUFMAN, Deceased, Respondent.— Decree of the Surrogate's Court of Westchester county unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

JOHN MASCIONI and Another, Copartners Doing Business as MASCIONI & BARIATTI, Appellants, v. I. B. MILLER, INC., Respondent.*— Judgment reversed on the law, with costs to appellants, and judgment directed in favor of the plaintiffs for $4,570, with interest from February 10, 1931, with costs. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. We are of opinion that the contract is plain and not ambiguous and that the provision with respect to payment merely fixed the time of payment and did not create a condition precedent. The amount due plaintiffs having been stipulated, a new trial is unnecessary. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur. Settle order on notice.